## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Martha RANGEL, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2008–3062.

United States Court of Appeals, Federal Circuit.

March 13, 2008.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Delores LAMBERT, Petitioner,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Respondent.**

No. 2008–3041.

United States Court of Appeals, Federal Circuit.

March 13, 2008.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Maria E. Mendoza FLORES, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2008–3028.

United States Court of Appeals, Federal Circuit.

March 13, 2008.

Maria E. Mendoza Flores, pro se.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Samson J. HYPOLITE, Appellant,**

v.

**John E. POTTER, Postmaster General, Appellee.**

No. 2008–1196.

United States Court of Appeals, Federal Circuit.

March 13, 2008.

Samson J. Hypolite, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

**UNITED STATES, Plaintiff–Appellee,**

v.

**INN FOODS, INC., Defendant–Appellant.**

No. 2008–1118.

United States Court of Appeals, Federal Circuit.

March 13, 2008.

**ORDER**

Order Vacated, See 2008 WL 1946750.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

